United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| AIDE CHOQUE-LAURA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-253 |
| | § | |
| WARDEN OF THE LAREDO | § | |
| PROCESSING CENTER *et al.* | § | |

## **ORDER**

On June 15, 2026, Respondents filed its Advisory on Forthcoming Removal, informing the Court that "Petitioner's removal order is now administratively final, 8 U.S.C. § 1101(a)(47)(B), and ICE will be removing Petitioner in the near future consistent with the final removal order." (Dkt. No. 14 at 1).

The Court hereby **ORDERS** Respondents to file an advisory **no later than July 13, 2026**, addressing whether Petitioner has been removed and whether Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), is now moot.

The Clerk of Court is **DIRECTED** to send a copy of this Order by certified mail to Pro Se Petitioner at the following address:

Aide Choque-Laura
Laredo Processing Center
4702 East Saunders St.
Laredo, Texas 78041

(signature on next page)

1

IT IS SO **ORDERED**.

**SIGNED** on this 6th day of July, 2026.

Christopher dos Santos
United States Magistrate Judge